UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| CYPRESS PHARMACEUTICALS, INC., and HAWTHORN PHARMACEUTICALS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CRS MANAGEMENT, INC.,<br>PRACS INSTITUTE, LTD.,<br>GATEWAY MEDICAL RESEARCH, INC., and<br>BA RESEARCH INTERNATIONAL, L.P.,<br><br>Defendants. | Civil Action No. 3:10-cv-691-TSL-MTP |

**CORPORATE DISCLOSURE STATEMENT
OF CYPRESS PHARMACEUTICALS, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and Uniform Local Rule 7(c), Plaintiff Cypress Pharmaceuticals, Inc. ("Cypress") offers the following corporate disclosure statement:

Cypress Pharmaceuticals, Inc., d/b/a Cypress Pharmaceutical, Inc., is a privately held company. Cypress has not issued shares or debt securities to the public and there are no publicly held corporations owning 10% or more of its stock.

Hawthorn Pharmaceuticals, Inc. ("Hawthorn") is a subsidiary of Cypress. Hawthorn was previously dismissed from this action by Order dated July 28, 2011. *See* Opinion and Order dated July 28, 2011, Docket No. 27.

- 2 -

THIS the 4th day of October, 2011.

          Respectfully submitted,

          /s/ P. Ryan Beckett
          Christy D. Jones, MSB# 3192
          P. Ryan Beckett, MSB# 99524
          Mark A. Dreher, MSB# 100797

          **ATTORNEYS FOR**

          **CYPRESS PHARMACEUTICALS, INC.**

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS &
  CANNADA, PLLC
200 Renaissance at Colony Park
1020 Highland Colony Parkway
Suite 1400
Ridgeland, Mississippi 39157
(P) 601-948-5711
(F) 601-985-4500
(E) Christy.Jones@butlersnow.com
(E) Ryan.Beckett@butlersnow.com
(E) Mark.Dreher@butlersnow.com

- 3 -

## CERTIFICATE OF SERVICE

I, P. Ryan Beckett, do hereby certify that I have electronically filed the foregoing instrument with the Clerk of the Court using the ECF system which sent notification to the following ECF participants:

Roy D. Campbell, III
Bradley Arant Boult Cummings, LLP
One Jackson Place
188 E. Capitol St., Ste. 400
Jackson, MS 39201
rcampbell@babc.com

Cindy S. Manning
Christopher A. Riley
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309
cindy.manning@alston.com
chris.riley@alston.com

ATTORNEYS FOR DEFENDANTS

SO CERTIFIED this the 4th day of October, 2011.

/s/ P. Ryan Beckett