UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| CYPRESS PHARMACEUTICALS, INC., and HAWTHORN PHARMACEUTICALS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CRS MANAGEMENT, INC.,<br>PRACS INSTITUTE, LTD.,<br>GATEWAY MEDICAL RESEARCH, INC., and<br>BA RESEARCH INTERNATIONAL, L.P.,<br><br>Defendants. | Civil Action No. 3:10-cv-691-TSL-MTP |

## NOTICE OF SERVICE OF PLAINTIFFS' INITIAL DISCLOSURES

NOTICE IS HEREBY GIVEN that Plaintiff Cypress Pharmaceuticals, Inc. ("Cypress") has this day served upon counsel, in the above-titled action, its Initial Disclosures pursuant to F.R.C.P. 26(a)(1).

THIS the 4th day of October, 2011.

Respectfully submitted,

/s/ P. Ryan Beckett
Christy D. Jones, MSB# 3192
Chad R. Hutchinson, MSB# 100432
Mark A. Dreher, MSB# 100797
P. Ryan Beckett, MSB# 99524

**ATTORNEYS FOR**

**CYPRESS PHARMACEUTICALS, INC.**

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS &
 CANNADA, PLLC
200 Renaissance at Colony Park
1020 Highland Colony Parkway
Suite 1400
Ridgeland, Mississippi 39157
(P) 601-948-5711
(F) 601-985-4500
(E) Christy.Jones@butlersnow.com
(E) Chad.Hutchinson@butlersnow.com
(E) Mark.Dreher@butlersnow.com

**CERTIFICATE OF SERVICE**

 I, P. Ryan Beckett, do hereby certify that I have electronically filed the foregoing instrument with the Clerk of the Court using the ECF system which sent notification to the following ECF participants:

 Roy D. Campbell, III
 Bradley Arant Boult Cummings, LLP
 One Jackson Place
 188 E. Capitol St., Ste. 400
 Jackson, MS 39201
 rcampbell@babc.com

 Cindy S. Manning
 Christopher A. Riley
 Alston & Bird LLP
 1201 West Peachtree Street
 Atlanta, GA 30309
 cindy.manning@alston.com
 chris.riley@alston.com

 ATTORNEYS FOR DEFENDANTS

 SO CERTIFIED this the 4th day of October, 2011.

       /s/ P. Ryan Beckett