UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| **Cypress Pharmaceuticals, Inc.,** )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>**CRS Management, Inc.,** )<br>)<br>*Defendant.* )<br>_____) | **Civil Action No:**<br><br>**3:10-cv-00691-TSL-FKB** |

## NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLSOSURES

PLEASE TAKE NOTICE that CRS Management, Inc. this day served the following information on counsel for the Plaintiff, as required by L. U. Civ. R. 26(a):

### DEFENDANT'S INITIAL DISCLOSURES

The original pleading is being retained in the possession of the undersigned counsel in accordance with L. U. Civ. R. 5(c).

This 4th day of October, 2011.

CRS Management, Inc., Defendant

/s/ Roy D. Campbell, III_____
Roy D. Campbell, III  MSB No. 5562
**BRADLEY ARANT BOULT CUMMINGS LLP**
One Jackson Place,
188 E. Capitol St., Ste 400
Jackson, MS 39201
rcampbell@babc.com
Phone: 601-592-9934
Fax: 601-592-1434

LEGAL02/32883479v1

2

        /s/ Christopher A. Riley_____
Christopher A. Riley
Admitted *pro hac vice*
Cindy S. Manning
Admitted *pro hac vice*
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309-3424
Phone: 404-881-7000
Fax: 404-881-7777
chris.riley@alston.com
cindy.manning@alston.com

LEGAL02/32883479v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2011, I electronically filed the foregoing **NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURES** with the Clerk of Court using the CM/ECF which will automatically send email notification of such filing to the following attorneys of record:

>Butler Snow, O'Mara, Stevens & Cannada, PLLC
>Christy D. Jones, Esq.
>christy.jones@butlersnow.com
>Chad R. Hutchinson, Esq.
>chad.hutchinson@butlersnow.com
>Mark A. Dreher, Esq.
>mark.dreher@butlersnow.com
>
>Wilmer Hale
>David A. Manspeizer
>david.manspeizer@wilmerhale.com
>Paul Winke
>paul.winke@wilmerhale.com
>Brian A. Sutherland
>brian.sutherland@wilmerhale.com

This 4th day of October, 2011.

/s/ Christopher A. Riley
CHRISTOPHER A. RILEY