UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| CYPRESS PHARMACEUTICALS, INC., and HAWTHORN PHARMACEUTICALS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CRS MANAGEMENT, INC.,<br>PRACS INSTITUTE, LTD.,<br>GATEWAY MEDICAL RESEARCH, INC., and<br>BA RESEARCH INTERNATIONAL, L.P.,<br><br>Defendants. | Civil Action No. 3:10-cv-691-TSL-MTP |

## NOTICE OF SERVICE OF DISCOVERY REQUESTS

NOTICE IS HEREBY GIVEN that Plaintiff Cypress Pharmaceuticals, Inc. ("Cypress") has this day served upon counsel, in the above-titled action, the following documents:

1. Cypress Pharmaceuticals, Inc.'s First Set of Interrogatories to CRS Management, Inc.;

2. Cypress Pharmaceuticals, Inc.'s First Set of Requests for Production of Documents to CRS Management, Inc.; and

3. Cypress Pharmaceuticals, Inc.'s First Set of Requests for Admissions to CRS Management, Inc.

THIS the 7th day of November, 2011.

Respectfully submitted,

/s/ P. Ryan Beckett
Christy D. Jones, MSB# 3192
P. Ryan Beckett, MSB# 99524
Chad R. Hutchinson, MSB# 100432
Mark A. Dreher, MSB# 100797

**ATTORNEYS FOR
CYPRESS PHARMACEUTICALS, INC.**

- 2 -

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS &
  CANNADA, PLLC
200 Renaissance at Colony Park
1020 Highland Colony Parkway
Suite 1400
Ridgeland, Mississippi 39157
(P) 601-948-5711
(F) 601-985-4500
(E) Christy.Jones@butlersnow.com
(E) Ryan.Beckett@butlersnow.com
(E) Chad.Hutchinson@butlersnow.com
(E) Mark.Dreher@butlersnow.com

## CERTIFICATE OF SERVICE

I, P. Ryan Beckett, do hereby certify that I have electronically filed the foregoing instrument with the Clerk of the Court using the ECF system which sent notification to the following ECF participants:

>Roy D. Campbell, III
>Bradley Arant Boult Cummings, LLP
>One Jackson Place
>188 E. Capitol St., Ste. 400
>Jackson, MS 39201
>rcampbell@babc.com
>
>Cindy S. Manning
>Christopher A. Riley
>Alston & Bird LLP
>1201 West Peachtree Street
>Atlanta, GA 30309
>cindy.manning@alston.com
>chris.riley@alston.com
>
>ATTORNEYS FOR DEFENDANTS

SO CERTIFIED this the 7th day of November, 2011.

                                                                    */s/ P. Ryan Beckett*
                                                                    P. RYAN BECKETT

Jackson 7164319v1