UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| **Cypress Pharmaceuticals, Inc.,** *Plaintiff,* v. **CRS Management, Inc.,** *Defendant.* | Civil Action No: 3:10-cv-00691-TSL-FKB |

## NOTICE OF SERVICE OF DISCOVERY REQUESTS

PLEASE TAKE NOTICE that CRS Management, Inc. this day served the following information on counsel for the Plaintiff;

1. CRS Management, Inc.'s First Request for Production of Documents to Plaintiff; and

2. CRS Management, Inc.'s First Set of Interrogatories to Plaintiff.

The original pleading is being retained in the possession of the undersigned counsel in accordance with L. U. Civ. R. 5(c)(3).

This 11th day of November, 2011.

CRS Management, Inc., Defendant

/s/ Roy D. Campbell, III_____
Roy D. Campbell, III  MSB No. 5562
**BRADLEY ARANT BOULT CUMMINGS LLP**
One Jackson Place,
188 E. Capitol St., Ste 400
Jackson, MS 39201
rcampbell@babc.com
Phone: 601-592-9934
Fax: 601-592-1434

/s/ Cindy S. Manning_____
Christopher A. Riley
Admitted *pro hac vice*
Cindy S. Manning
Admitted *pro hac vice*
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309-3424
Phone: 404-881-7000
Fax: 404-881-7777
chris.riley@alston.com
cindy.manning@alston.com

LEGAL02/32963099v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of November, 2011, I electronically filed the foregoing **NOTICE OF SERVICE OF DISCOVERY REQUESTS** with the Clerk of Court using the CM/ECF which will automatically send email notification of such filing to the following attorneys of record:

>Butler Snow, O'Mara, Stevens & Cannada, PLLC
>Christy D. Jones, Esq.
>christy.jones@butlersnow.com
>Chad R. Hutchinson, Esq.
>chad.hutchinson@butlersnow.com
>Mark A. Dreher, Esq.
>mark.dreher@butlersnow.com
>P. Ryan Beckett, Esq.
>ryan.beckett@butlersnow.com


>Wilmer Hale
>David A. Manspeizer
>david.manspeizer@wilmerhale.com
>Paul Winke
>paul.winke@wilmerhale.com
>Brian A. Sutherland
>brian.sutherland@wilmerhale.com

This 11th day of November, 2011.

>/s/ Cindy S. Manning
>CINDY S. MANNING