**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

Cypress Pharmaceuticals, Inc.                                                    Plaintiff

vs.                                                  Civil Action No: 3:10-cv-00691-TSL-FKB

CRS Management, Inc.                                                           Defendant

### AGREED JUDGMENT OF DISMISSAL

The matter comes before the Court on the parties' joint motion, *ore tenus*, for dismissal with prejudice of the claims between them at issue in this matter. The parties have announced that they have reached a compromise and settlement of all claims in this action, and the Court, being otherwise fully advised in the premises, finds the relief requested to be well taken.

IT IS THEREFORE, ORDERED AND ADJUDGED that all claims asserted against Defendant, together with all claims which might have been asserted, are hereby dismissed with prejudice, and each party shall bear its own costs. By agreement of the parties, the Court hereby retains jurisdiction to enforce the settlement agreement and, if any party fails to consummate this settlement within twenty-one (21) days, any aggrieved party may reopen the case for enforcement of the settlement agreement within ninety (90) days thereafter.

IT IS FURTHER ORDERED AND ADJUDGED that, the action having been concluded, all pending motions, if any, are hereby moot and accordingly dismissed.

SO ORDERED AND ADJUDGED this the 26th day of January, 2012

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

APPROVED:

s/ P. Ryan Beckett
Attorney for Plaintiff

s/ Chris Riley
Attorney for Defendant